**IT IS ORDERED as set forth below:**



Date: September 7, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-20476-jrs |
| EMMA DONNETTE ELLIOTT, | CHAPTER: 13 |
| DEBTOR. | JUDGE JAMES R. SACCA |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LB-IGLOO SERIES IV TRUST, <br><br>        MOVANT.<br><br>V.<br><br>EMMA DONNETTE ELLIOTT,<br>        DEBTOR.<br><br>NANCY J. WHALEY,<br>        TRUSTEE.<br><br>        RESPONDENTS. | **CONTESTED MATTER** |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    This matter is in front of the Court upon the Default Motion Seeking Order for Relief from Automatic Stay("**Motion**") filed herein by of U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Trustee for LB-Igloo Series IV Trust ("**Movant**"), by and through its servicer SN Servicing

Corporation, asserting that Debtor is delinquent under the terms of the Consent Order entered May 16, 2023 (Doc 71) and requesting an order granting relief from the automatic stay of 11 U.S.C. §362(a) to permit Movant to enforce its security interest pursuant to the terms of the Security Deed as to the Debtor's real property known as at 176 Becca Drive, Hoschton, GA 30548 ("**Property**").  The Debtor failed to cure the default set forth in the Delinquency Notice.  Accordingly, by default, it is hereby

**ORDERED**  that the automatic stay of 11 U.S.C. § 362(a) is lifted/modified as to the Property to the extent necessary to allow Movant to recover and dispose of the Property in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to the Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. It is further

**ORDERED** that Rule 4001(a)(3) is waived and Movant may immediately proceed under the Security Deed and laws of the state of Georgia, including but not limited to foreclosure upon entry of this order. It is further

**ORDERED** that upon entry of this Order, if applicable, the Trustee shall cease funding of the Movant's claim and, reduce the same to the to the amount paid.

**ORDERED** that the Clerk of Court shall serve this Order to the parties set forth on the distribution list attached hereto.

**SO ORDERED.**

[END OF DOCUMENT]

Order prepared by:

/s/ Laura A. Grifka
Laura A. Grifka, GA Bar No. 312055
*Attorney for Movant*
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: lgrifka@mtglaw.com

**DISTRIBUTION LIST**

Laura A. Grifka
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092


Charles N. Kelley, Jr.
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30501-2758


Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303


Emma Donnette Elliott
176 Becca Drive
Hoschton, GA 30548